**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

ROBIN VARGAS,

    Plaintiff,

v.

NEIGHBORHOOD HEALTH
ASSOCIATION OF TOLEDO, INC.

    Defendant.

Case No. 3:23-CV-01287-JJH

Judge Jeffrey J. Helmick

**STIPULATION FOR DISMISSAL**
**AND JOURNAL ENTRY**

Douglas A. Spidel (0067737)
Attorney for Defendant
Neighborhood Health
Association of Toledo, Inc.
300 Madison Avenue, Suite 1406
Toledo, OH   43604
Telephone: (419) 242-3900
Fax: (419) 242-6446
douglas_spidel@staffdefense.com

      We, the attorneys for the undersigned parties, do hereby stipulate that the above-captioned matter has been settled and is dismissed with prejudice against defendant Neighborhood Health Association of Toledo, Inc., with each party to bear its own costs. The Court retains jurisdiction to enforce the terms of the settlement agreement. The Court may enter an order accordingly, notice by the clerk being hereby waived.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

/s/ Francis J. Landry (Per email consent)
Francis J. Landry (0006072)
Wasserman, Bryan, Landry & Honold, LLP
1090 W. South Boundary St., Ste. 500
Perrysburg, OH 43551
Counsel for plaintiff
Tracy Murray


Douglas A. Spidel (0067737)
300 Madison Avenue, Suite 1406
Toledo, OH 43604
Counsel for defendant
Neighborhood Health Association of Toledo, Inc.